UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,

v.

File No: 1:18-CV-339

HON. ROBERT J. JONKER

JOHN DOE subscriber assigned IP
Address 99.121.72.17,

       Defendant.
_____/

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the filing of the above complaint and defendant, JOHN DOE, named as John Doe subscriber assigned IP address 99.121.72.17, has not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice as to the named defendant, unless plaintiff completes service of process within 90 days after the filing of the complaint, or demonstrates good cause for extension of the summons, in accordance with Federal Rule of Civil Procedure 4(m).

Date:   May 29, 2018            /s/ Robert J. Jonker
                                ROBERT J. JONKER
                                CHIEF UNITED STATES DISTRICT JUDGE